IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ APR 19 2023
LONG ISLAND OFFICE

John Henry Patterson

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Sapphire Resorts and Starrpoint Resorts

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☒ No
*(check one)*

CV 23 2916

AZRACK, J.

LOCKE, M. J.

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

. Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: John Henry Patterson
Street Address: 660 Gazzola Drive
City and County: East Patchogue N.Y.
State and Zip Code: New York 11772
Telephone Number: 631-984-1623
E-mail Address: Lncjhp@optonline.net

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Sappire Resorts
Job or Title (if known):
Street Address: 3700 Las Vegas Blvd.
City and County: Las Vegas
State and Zip Code: NV 89109
Telephone Number: 844-472-7744
E-mail Address (if known):

Defendant No. 2
Name: Starrpoint Resorts
Job or Title (if known):
Street Address: 235 E. Warm Springs Rd.
City and County: Las Vegas, N.V. 89119

2

State and Zip Code _NV 89119_
Telephone Number _702-987-8002_
E-mail Address
(if known)

Defendant No. 3

Name
Job or Title
(if known)
Street Address City
and County State
and Zip Code
Telephone Number
E-mail Address
(if known)

Defendant No. 4

Name
Job or Title
(if known)
Street Address City
and County State
and Zip Code
Telephone Number
E-mail Address
(if known)

**II.  Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Pursant To 28 U.S.C. 1332 Diversity of Citizenship_

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _John H. Patterson_ is a citizen of the State of *(name)* _New York_.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _Sapphine Resorts_ is a citizen of the State of *(name)* _Nevada_. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* Sapphine Resorts, is incorporated under the laws of the State of *(name)* Nevada, and has its principal place of business in the State of *(name)* Nevada. Or is incorporated under the laws of *(foreign nation)* N/A, and has its principal place of business in *(name)* N/A.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

All monies returned in the amount of 80,000, And one Million dollars for suffering hardship, pain, fraud, deceit, and for the Misrepresentation of a U.S. government Agency.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. The defendant Misrepresented Themselve as being, 10/1/2019, authorized by the Veterns Administration. In addition, They made the promise to sell the plaintiff's current Time share, Located in the State of Pennsylvania. This exchange was for the purpose to buy at Sapphine Resorts.

2. The defendents Took advantage of the plaintiff, because of his vetern Status, and further did so, due to The plaintiff's ethnicity.

3. The Sapphire Resorts made No attemps to contact The plaintiff after many attemps by email, letters, and phone calls made by This plaintiff.

5

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff request, as relief, That all monies paid to The Defendant be refunded Forthwith. 2). That There be know damaging credit reports. That all monies paid To The Defendant be returned. 3/. That 1 million dollars be paid to The Plaintiff For The Defendents misrepresentation of government U.S. agency.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/19/, 2023

Signature of Plaintiff _[signature]_

Printed Name of Plaintiff John H. Patterson