**STARR ASSOCIATES LLP**
ATTORNEYS AT LAW

220 EAST 42 STREET
NEW YORK, NY 10017
TEL 212 620 2680
FAX 212 696 5013
www.starr-lawfirm.com

June 16, 2023

<u>*Via ECF*</u>
Honorable Steven I. Locke
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 820
Central Islip, NY 11722

    Re: *John Henry Patterson v. Sapphire Resorts and Starpoint Resorts*
       Case No.: 2:23-cv-02916-JMA-SIL

Honorable Judge Locke:

  This firm has been retained to represent defendants in the referenced action, Sapphire Resorts™ (hereinafter referred to as "Sapphire Resorts") and Starpoint Resort Group, Inc. (incorrectly named as "Starpoint Resorts", hereinafter referred to as "Starpoint"), in the above-referenced action. We understand that Sapphire Resorts was served on May 1, 2023 and its response to the Complaint was due on May 22, 2023. It appears that Starpoint has not yet been served. We write to respectfully request that Your Honor extend the time for Sapphire Resorts (and to the extent necessary, Starpoint) to respond to the complaint in this action from May 22, 2023 to <u>July 10, 2023</u>. I spoke with the plaintiff on June 8, 2023 and indicated that I would be requesting this extension of time. Plaintiff advised that he consents to this request.

  Plaintiff is the Buyer, pursuant to an October 1, 2019, Purchase Agreement with Starpoint (as Seller), of a Membership in Sapphire Resorts, which Membership includes certain rights to use and occupy an individual dwelling unit at resort locations within Sapphire Resorts, under a credits-based reservation system. Plaintiff seeks damages, claiming that the defendants made alleged misrepresentations and took advantage of him.

  The requested extension of time is necessary in order to allow the undersigned to conduct an investigation into the facts of the case, including obtaining documents underlying the parties' contractual relationship and any other underlying documentation that may exist with respect to plaintiff's allegations, and to formulate an appropriate response to the complaint. The extension of time will also permit this office to conduct an investigation into service of the summons and complaint on Starpoint and to work to continue settlement negotiations with the plaintiff.

# STARR ASSOCIATES LLP
ATTORNEYS AT LAW

June 16, 2023
Page 2

    This is the first such request of this Court for additional time. There are no other currently scheduled deadlines that would be affected by this request. Accordingly, defendant Sapphire Resorts respectfully requests that its time to respond to the complaint be extended to <u>July 10, 2023</u>. Thank you.

    Respectfully submitted,

    STARR ASSOCIATES LLP

    By: *David William Tyler*
    Name: David William Tyler
    Title: Senior Counsel

cc:   John Henry Patterson (by ECF and first class mail)
      *Plaintiff Pro Se*
      660 Gazzola Drive
      East Patchogue, New York 11772

00205999.DOCX